IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY LAUREN WRIGHT                                                         PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:16-CV-232-SA-JMV

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY,
MISSISSIPPI HIGHWAY SAFETY PATROL, and
CLARKSDALE COURT CLERK                                                   DEFENDANTS

ORDER OF DISMISSAL

As the Court has outlined in its previous orders, the Plaintiff in this case has both failed to prosecute his case, and failed to comply with this Court's orders. Most recently, the Plaintiff failed to respond to the Court's Order to Show Cause [20] as to dismissal, in the time allotted.

Pursuant to 28 U.S.C. § 1915 and Federal Rule of Civil Procedure 41, the Court dismisses this case for failure to prosecute and failure to comply with the Court's orders.

This case is DISMISSED with prejudice. This CASE is CLOSED.

SO ORDERED on this the 1st day of May, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE